**95–2665.** State v. Dye. *Lorain County*, No. 95CA006097. Reported at 75 Ohio St.3d 1477, 663 N.E.2d 1304. On motion for reconsideration. Motion denied.

MOYER, C.J., and DOUGLAS, J., dissent.

**95–2666.** Cole v. Broomsticks, Inc. *Hamilton County*, Nos. C–950058 and C–950086. Reported at 75 Ohio St.3d 1474, 663 N.E.2d 1301. On motion for reconsideration. Motion denied.

DOUGLAS, J., dissents.

STRATTON, J., not participating.

**95–2671.** Osborne v. Revco Drug Stores, Inc. *Summit County*, No. 17138. Reported at 75 Ohio St.3d 1477, 663 N.E.2d 1304. On motion for reconsideration. Motion denied.

F.E. SWEENEY, J., dissents.

**96–87.** Grimes v. Nationwide Mut. Ins. Co. *Stark County*, No. 1995CA00145. Reported at 75 Ohio St.3d 1474, 663 N.E.2d 1302. On motion for reconsideration. Motion denied.

COOK and STRATTON, JJ., dissent.

**96–136.** In re Election of November 7, 1995, for the Office of Member of Rock Hill Local School Dist. Bd. of Edn. *Lawrence County*, No. 95OC873. Reported at 75 Ohio St.3d 1475, 663 N.E.2d 1302. On motion for reconsideration of the May 8, 1996 dismissal of the Lawrence County Board of Elections. Motion denied.